AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| NATHAN TRUESDELL, individually and on behalf of all similarly situated employees,<br><br>*Plaintiff(s)*<br>v.<br>GANNETT CO., INC., a Delaware corporation; and DOES 1 through 100, inclusive, (See Attachment A)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  5:26-cv-01747-KK-DTB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TrueLocal Media, LLC, 42440 Bob Hope Dr., Ste 1, Rancho Mirage, CA 92270, c/o its California Registered Agent, Haley West

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gannett Satellite Information Network, LLC, c/o attorneys of record,
Seyfarth Shaw LLP
Richard B. Lapp, Christopher A. Crosman, D. Joshua Salinas, James Sobolov
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

GANNETT SATELLITE INFORMATION NETWORK, LLC, a Delaware limited liability company,

Counterclaimant,

v.

NATHAN TRUESDELL, an individual; and TRUELOCAL MEDIA, LLC; a California limited liability company,

Counter-Defendants.

ATTACHMENT A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-01747-KK-DTB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*



_____
*Server's address*

Additional information regarding attempted service, etc: