SEYFARTH SHAW LLP
Richard B. Lapp (SBN 271052)
rlapp@seyfarth.com
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
2029 Century Park East, Suite 3500
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Los Angeles, CA 90067-3021
Telephone:(310) 201-1528
Facsimile: (310) 201-5219

[*Additional counsel on following page*]

Attorneys for Defendant and
Counterclaimant
GANNETT SATELLITE INFORMATION
NETWORK, LLC (erroneously sued as
GANNETT CO., INC.)

POTTER HANDY LLP
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
Jason Kyle Masanque (SBN 351792)
Jasonm@potterhandy.com

100 Pine St., Ste. 1250
San Francisco, CA 94111
Tel: (415) 534-1911
Fax: (888) 422-5191

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TRUESDELL, individually and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br><br>GANNETT SATELLITE INFORMATION NETWORK, LLC, a Delaware limited liability company,<br><br>Counterclaimant<br>v.<br><br>NATHAN TRUESDELL, an individual; and TRUELOCAL MEDIA, LLC, a California limited liability company,<br><br>Counter-Defendants. | Case No. 5:26-cv-01747-KK-DTB<br><br>**JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>(Filed Concurrently with: Proposed Order)<br><br>Riverside County Superior Court Case No. CVRI2506951<br><br>Action Filed: December 10, 2025<br>Judge:   Hon. Kenly Kiya Kato<br><br>Current Date:  July 23, 2026<br>Proposed Date:  August 20, 2026 |

SEYFARTH SHAW LLP
James Sobolov (SBN 352529)
jsobolov@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601


Attorneys for Defendant and
Counterclaimant
GANNETT SATELLITE INFORMATION
NETWORK, LLC (erroneously sued as
GANNETT CO., INC.)

JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE

**WHEREAS** this case was removed from state court to the U.S. District Court for the Northern District of California on April 9, 2026, and assigned to the Honorable Kenly Kiya Kato. (Dkt. No. 1).

**WHEREAS** on June 5, 2026, the Honorable Kenly Kiya Kato set an initial status conference for July 23, 2026. (Dkt. No. 14).

**WHEREAS** Defendant's lead trial counsel, Christopher A. Crosman, is unavailable on July 23, 2026, as he will be out of the country at that time due to a prepaid family vacation.

**WHEREAS** on June 18, 2026 the parties met and conferred to identify alternative dates on which they would both be available for an initial status conference, confirming their joint availability for August 20, 2026.

**WHEREAS** on June 22, 2026, Defendant filed its Answer and Counterclaims. The Counterclaims allege claims against Plaintiff as well as an additional party not previously named in this action, TruLocal Media, LLC ("TrueLocal").  TrueLocal was served with the Counterclaims on June 25, 2026, and TrueLocal's responsive pleading is due on July 17, 2026.  As TrueLocal has not yet appeared in this matter, the Parties would benefit from additional time to conduct the Rule 26 Conference of Counsel.

**THEREFORE IT IS HEREBY STIPULATED THAT** the initial status conference currently set for July 23, 2026 at 10:00 a.m. be continued to August 20, 2026 at 10:00 a.m.

1

JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE

DATED: June 29, 2026                    SEYFARTH SHAW LLP


By: */S/ Christopher A. Crosman*
      Richard B. Lapp
      Christopher A. Crosman
      D. Joshua Salinas
      James Sobolov
Attorneys for Defendant & Counterclaimant
GANNETT SATELLITE INFORMATION NETWORK, LLC (erroneously sued as GANNETT CO., INC.)

DATED: June 29, 2026                    POTTER HANDY, LLP

By: */S/ James M. Treglio*_____
      Mark D. Potter
      James M. Treglio
      Jason Kyle Masanque
Attorneys for Plaintiff
NATHAN TRUESDELL

2