UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TRUESDELL, individually and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br><br>GANNETT SATELLITE INFORMATION NETWORK, LLC, a Delaware limited liability company,<br><br>Counterclaimant<br><br>v.<br><br>NATHAN TRUESDELL, an individual; and TRUELOCAL MEDIA, LLC, a California limited liability company,<br><br>Counter-Defendants. | Case No. 5:26-cv-01747-KK-DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>(Filed Concurrently with: Joint Stipulation)<br><br>Riverside County Superior Court Case No. CVRI2506951<br><br>Action Filed: December 10, 2025<br><br>Judge:   Hon. Kenly Kiya Kato |

ORDER

## ORDER

Pursuant to the Joint Stipulation by and between Plaintiff Nathan Truesdell and Defendant and Counterclaimant Gannett Satellite Information Network, LLC, and good cause appearing, it is hereby ORDERED that the Scheduling Conference presently set for July 23, 2026 is continued until August 20, 2026.

IT IS SO ORDERED

Dated: June 30, 2026

_____

Hon. Kenly Kiya Kato

1

ORDER